## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rita D. Sims <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-23396 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 5399

                                        Respectfully submitted,

                                        **/s/ Joshua I. Goldman, Esquire**
                                        Joshua I. Goldman, Esquire
                                        jgoldman@kmllawgroup.com
                                        Attorney I.D. No. 205047
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: 215-825-6306
                                        Fax: 215-825-6406
                                        Attorney for Movant/Applicant