IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO: 16-23396 |
| Rita D. Sims | : | |
| Debtor | : | CHAPTER 13 |
| _____ | : | |
| Rita D. Sims | : | |
| Movant | : | Scheduled Hearing Date: |
| | : | October 11, 2016 at 11:30 a.m. |
| vs. | : | |
| | : | Related to Document No. 4 |
| AAFA of Ohio, Inc. dba Purpose Money, | : | |
| Afni, Inc., | : | |
| American InfoSource LP, | : | |
| Amerifirst Home Improvement Finance Co., | : | |
| Aspen Dental, | : | |
| Bass & Associates, PC, | : | |
| Cavalry Portfolio Services, LLC, | : | |
| Collection Service Center, | : | |
| Columbia Gas, | : | |
| Credit Protection Agency, | : | |
| Enhanced Recovery Company, | : | |
| Forest Recovery Services, LLC, | : | |
| Imperial Credit Systems, Inc., | : | |
| JP Recovery Services, Inc., | : | |
| National Financial Group, Inc., | : | |
| NCO Financial Systems, Inc., | : | |
| New Castle Sanitation Authority , | : | |
| North Shore Agency, | : | |
| Penn Power, | : | |
| Pennsylvania American Water, | : | |
| PNC Bank, N.A., | : | |
| Progressive Insurance, | : | |
| RGS Financial, | : | |
| RPM, | : | |
| Sherri J. Braunstein, Esq., | : | |
| Southwest Credit, | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondents | : | |

**ORDER OF COURT**

**AND NOW**, on this _____5th_____ day of _____October_____, 2016, upon consideration of the within Motion, it is hereby ordered and directed that the Automatic Stay of 11 U.S.C. § 362(a) be extended to all creditors.

It is hereby ORDERED, ADJUDGED and DECREED that 11 U.S.C. § 362 (a) is hereby

extended during the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362( c)(1) or ( c)(2), or a motion for relief is granted under § 362(d), or until further order of Court.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    vas

cc:  Michael C. Eisen, Esq.
     Ronda J. Winnecour, Esq., Chapter 13 Trustee
     Rita D. Sims

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 16-23396-CMB
Rita D. Sims                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                 Page 1 of 1          Date Rcvd: Oct 05, 2016
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db             +Rita D. Sims,    1216 Huron Ave,    New Castle, PA 16101-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              Michael C. Eisen     on behalf of Debtor Rita D. Sims attorneyeisen@yahoo.com,   aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4