IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE: :
 : CASE NO. 16-23396-CMB
RITA D. SIMS :
 : CHAPTER 7
        DEBTOR :
 :

PROOF OF INCOME

Filed on behalf of:
Rita D. Sims

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
6200 Babcock Blvd
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

# InfoCision

325 Springside Drive, Akron, Ohio 44333

**Earnings Statement**

| | |
|---|---|
| Period Beginning: | 09/19/2016 |
| Period Ending: | 09/25/2016 |
| Pay Date: | 09/30/2016 |

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 PA: N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.05 | | 316.31 | |
| Simplfd Bonus | | | 20.00 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$336.31** | 7,264.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 841.40 |
| Hrs To Calc Vac | | 841.40 |
| Bal Upto | | 16.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.36 | 480.96 |
| | Social Security Tax | -20.85 | 450.37 |
| | Medicare Tax | -4.88 | 105.33 |
| | PA State Income Tax | -10.32 | 223.02 |
| | New Castle C Income Tax | -7.06 | 152.55 |
| | New Castle C Local Svc Tax | -1.00 | 23.00 |
| | PA SUI/SDI Tax | -0.23 | 5.08 |
| **Net Pay** | | **$268.61** | |
| Checking | | -268.61 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $336.31

© 2000 ADP, LLC

# InfoCision

325 Springside Drive, Akron, Ohio 44333

| | | |
|---|---|---|
| Advice number: | 00000392183 | |
| Pay date: | 09/30/2016 | |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RITA D SIMS | xxxxxx5907 | xxxx xxxx | $268.61 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CL | VCHR. NO. | 060 |

**iiC:: InfoCision**

325 Springside Drive, Akron, Ohio 44333

Earning Statement

ADP

| | |
|---|---|
| Period Beginning: | 09/12/2016 |
| Period Ending: | 09/18/2016 |
| Pay Date: | 09/23/2016 |

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:     1
   PA:          N/A

RITA  D SIMS
1216  HURON  AVE
NEW  CASTLE  PA  16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 324.00 | |
| Overtime | | .20 | 2.58 | |
| Differential"D" | | | 10.05 | |
| Simplfd Bonus | | | 50.00 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$386.63** | 6,927.78 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 802.35 |
| Hrs To Calc Vac | | 802.35 |
| Bal Upto | | 16.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.91 | 457.60 |
| | Social Security Tax | -23.97 | 429.52 |
| | Medicare Tax | -5.60 | 100.45 |
| | PA State Income Tax | -11.87 | 212.70 |
| | New Castle C Income Tax | -8.12 | 145.49 |
| | New Castle C Local Svc Tax | -1.00 | 22.00 |
| | PA SUI/SDI Tax | -0.27 | 4.85 |
| **Net Pay** | | **$304.89** | |
| | Checking | -304.89 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $386.63

**iiC:: InfoCision**

325 Springside Drive, Akron, Ohio 44333

| | |
|---|---|
| Advice number: | 00000382189 |
| Pay date: | 09/23/2016 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RITA D SIMS | xxxxxx5907 | xxxx xxxx | $304.89 |

**NON-NEGOTIABLE**

© 2000 ADP, LLC

| CO | FILE | DEPT | CL | VCHR. NO. | 060 |

# InfoCision
### 325 Springside Drive, Akron, Ohio 44333

**Earning Statement**  ADP

Period Beginning: 09/05/2016
Period Ending: 09/11/2016
Pay Date: 09/16/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 29.17 | | 236.28 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$236.28** | 6,541.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.51 | 426.69 |
| | Social Security Tax | -14.65 | 405.55 |
| | Medicare Tax | -3.43 | 94.85 |
| | PA State Income Tax | -7.25 | 200.83 |
| | New Castle C Income Tax | -4.96 | 137.37 |
| | New Castle C Local Svc Tax | -1.00 | 21.00 |
| | PA SUI/SDI Tax | -0.17 | 4.58 |

| **Net Pay** | | **$193.31** |
| Checking | | -193.31 |
| **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 762.15 |
| Hrs To Calc Vac | | 762.15 |
| Bal Upto | | 16.00 |

Your federal taxable wages this period are $236.28

© 2000 ADP, LLC

# InfoCision
### 325 Springside Drive, Akron, Ohio 44333

Advice number: 00000372212
Pay date: 09/16/2016

Deposited to the account of
RITA D SIMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5907 | xxxx xxxx | $193.31 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CI VCHR. NO. 060

# InfoCision

325 Springside Drive, Akron, Ohio 44333

**Earnings Statement**

ADP

Period Beginning: 08/29/2016
Period Ending: 09/04/2016
Pay Date: 09/09/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.60 | | 255.96 | |
| Simplfd Bonus | | | 25.00 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$280.96** | 6,304.87 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 732.98 |
| Hrs To Calc Vac | | 732.98 |
| Bal Upto | | 16.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.98 | 415.18 |
| | Social Security Tax | -17.42 | 390.90 |
| | Medicare Tax | -4.07 | 91.42 |
| | PA State Income Tax | -8.63 | 193.58 |
| | New Castle C Income Tax | -5.90 | 132.41 |
| | New Castle C Local Svc Tax | -1.00 | 20.00 |
| | PA SUI/SDI Tax | -0.19 | 4.41 |
| **Net Pay** | | **$227.77** | |
| Checking | | -227.77 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $280.96

© 2000 ADP, LLC

# InfoCision

325 Springside Drive, Akron, Ohio 44333

Advice number: 00000362111
Pay date: 09/09/2016

Deposited to the account of
RITA D SIMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5907 | xxxx xxxx | $227.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Case 16-23396-CMB   Doc 18   Filed 10/10/16   Entered 10/10/16 14:35:32   Desc Main
Document   Page 6 of 10

# InfoCision

325 Springside Drive, Akron, Ohio 44333

**Earnings Statement** (ADP)

Period Beginning: 08/22/2016
Period Ending: 08/28/2016
Pay Date: 09/02/2016

CO. WQH  FILE 675101  DEPT. 940153  CLOCK  VCHR. NO. 060  00000352121

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.98 | | 323.84 | |
| Differential"D" | | | 10.00 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$333.84** | 6,023.91 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 701.38 |
| Hrs To Calc Vac | | 701.38 |
| Bal Upto | | 16.00 |

**Deductions  Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -22.99 | 399.20 |
| Social Security Tax | -20.70 | 373.48 |
| Medicare Tax | -4.84 | 87.35 |
| PA State Income Tax | -10.25 | 184.95 |
| New Castle C Income Tax | -7.01 | 126.51 |
| New Castle C Local Svc Tax | -1.00 | 19.00 |
| PA SUI/SDI Tax | -0.24 | 4.22 |
| **Net Pay** | **$266.81** | |
| Checking | -266.81 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $333.84

© 2000 ADP, LLC

# InfoCision

325 Springside Drive, Akron, Ohio 44333

Advice number: 00000352121
Pay date: 09/02/2016


THIS IS NOT A CHECK

Deposited to the account of
RITA D SIMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5907 | xxxx xxxx | $266.81 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CL | VCHR. NO. 060 |
|---|---|---|---|---|

**Earnings Statement**

**InfoCision**
325 Springside Drive, Akron, Ohio 44333

| | |
|---|---|
| Period Beginning: | 08/15/2016 |
| Period Ending: | 08/21/2016 |
| Pay Date: | 08/26/2016 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   1
  PA:   N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.03 | | 316.14 | |
| Simplfd Bonus | | | 60.00 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$376.14** | 5,690.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 661.40 |
| Hrs To Calc Vac | | 661.40 |
| Bal Upto | | 16.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -29.33 | 376.21 |
| | Social Security Tax | -23.32 | 352.78 |
| | Medicare Tax | -5.46 | 82.51 |
| | PA State Income Tax | -11.55 | 174.70 |
| | New Castle C Income Tax | -7.90 | 119.50 |
| | New Castle C Local Svc Tax | -1.00 | 18.00 |
| | PA SUI/SDI Tax | -0.26 | 3.98 |
| **Net Pay** | | **$297.32** | |
| Checking | | -297.32 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $376.14

© 2000 ADP, LLC

**InfoCision**
325 Springside Drive, Akron, Ohio 44333

Advice number:   00000342110
Pay date:   08/26/2016

Deposited to the account of
RITA D SIMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5907 | xxxx xxxx | $297.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

**InfoCision**
325 Springside Drive, Akron, Ohio 44333

| CO. | FILE | DEPT. | CI | VCHR. NO. | 060 |

Period Beginning: 08/08/2016
Period Ending: 08/14/2016
Pay Date: 08/19/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 324.00 | |
| Overtime | | .07 | 0.86 | |
| Differential"D" | | | 10.02 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$334.88** | 5,313.93 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 622.37 |
| Hrs To Calc Vac | | 622.37 |
| Bal Upto | | 16.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.15 | 346.88 |
| | Social Security Tax | -20.76 | 329.46 |
| | Medicare Tax | -4.85 | 77.05 |
| | PA State Income Tax | -10.28 | 163.15 |
| | New Castle C Income Tax | -7.03 | 111.60 |
| | New Castle C Local Svc Tax | -1.00 | 17.00 |
| | PA SUI/SDI Tax | -0.23 | 3.72 |
| | **Other** | | |
| | Id Badge | -10.00 | |
| | **Net Pay** | **$257.58** | |
| | Checking | -257.58 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $334.88

© 2000 ADP, LLC

**InfoCision**
325 Springside Drive, Akron, Ohio 44333

Advice number: 00000332133
Pay date: 08/19/2016

Deposited to the account of
RITA D SIMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5907 | xxxx xxxx | $257.58 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# InfoCision

325 Springside Drive, Akron, Ohio 44333

**Earnings Statement**

| | |
|---|---|
| Period Beginning: | 08/01/2016 |
| Period Ending: | 08/07/2016 |
| Pay Date: | 08/12/2016 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.82 | | 257.74 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$257.74** | 4,979.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.66 | 323.73 |
| | Social Security Tax | -15.98 | 308.70 |
| | Medicare Tax | -3.74 | 72.20 |
| | PA State Income Tax | -7.91 | 152.87 |
| | New Castle C Income Tax | -5.41 | 104.57 |
| | New Castle C Local Svc Tax | -1.00 | 16.00 |
| | PA SUI/SDI Tax | -0.19 | 3.49 |

| | |
|---|---|
| **Net Pay** | **$209.85** |
| Checking | -209.85 |
| **Net Check** | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 582.30 |
| Hrs To Calc Vac | | 582.30 |
| Bal Upto | | 16.00 |

Your federal taxable wages this period are $257.74

---

# InfoCision

325 Springside Drive, Akron, Ohio 44333

Advice number: 00000322131
Pay date: 08/12/2016



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RITA D SIMS | xxxxxx5907 | xxxx xxxx | $209.85 |

**NON-NEGOTIABLE**

**InfoCision**
325 Springside Drive, Akron, Ohio 44333

Earnings Statement                                    ADP

Period Beginning: 07/25/2016
Period Ending:    07/31/2016
Pay Date:         08/05/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

RITA D SIMS
1216 HURON AVE
NEW CASTLE PA 16101

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 37.78 | | 306.02 | |
| Simplfd Bonus | | | 20.00 | |
| Holiday Pay | | | | 129.60 |
| Pledge Inc Bns | | | | 38.40 |
| **Gross Pay** | | | **$326.02** | 4,721.31 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hrs To Calc Upt | | 550.48 |
| Hrs To Calc Vac | | 550.48 |
| Bal Upto | | 16.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.82 | 310.07 |
| | Social Security Tax | -20.21 | 292.72 |
| | Medicare Tax | -4.73 | 68.46 |
| | PA State Income Tax | -10.01 | 144.96 |
| | New Castle C Income Tax | -6.85 | 99.16 |
| | New Castle C Local Svc Tax | -1.00 | 15.00 |
| | PA SUI/SDI Tax | -0.22 | 3.30 |
| **Net Pay** | | **$261.18** | |
| Checking | | -261.18 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $326.02

© 2000 ADP, LLC

**InfoCision**
325 Springside Drive, Akron, Ohio 44333

Advice number: 00000312134
Pay date: 08/05/2016

Deposited to the account of
RITA D SIMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5907 | xxxx xxxx | $261.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**