IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>    Rita D. Sims | : | Bankruptcy No. **16-23396** |
| | : | |
| | : | Chapter **13** |
|                      Debtor | : | |
| | : | Related to Document No.  **2** |
|     Rita D. Sims | : | |
| Movant | : | |
| | : | |
|                v. | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Michael C. Eisen, Esquire 74523**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: __/s/ **Michael C. Eisen, Esquire**__
    Signature
    **Michael C. Eisen, Esquire 74523**
    Typed Name
    **6200 Babcock Blvd**
    **Pittsburgh, PA 15237**
    Address
    **412-367-9005 Fax:412-367-2202**
    Phone No.
    **74523**
    List Bar I.D. and State of Admission

```
                            SIMS.TXT
AAFA of Ohio, Inc. dba Purpose Money
669 McCartney Road
Youngstown, OH 44505

Ace Cash Express
c/o RGS Financial
PO Box 852039
Richardson, TX 75085

American InfoSource as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124

Amerifirst Home Improvement Finance Co.
11171 Mill Valley Road
Omaha, NE 68154

Beta Finance Company Inc
c/o National Financial Group, Inc.
6110 Executive Blvd, Ste 100
Rockville, MD 20852

Ehrlich Pest Control
c/o Forest Recovery Services, LLC
PO Box 83
Barrington, IL 60010

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

Imperial Credit Systems, Inc.
125 N. Parkside Drive, Ste 302
Colorado Springs, CO 80909

JP Recovery Services, Inc.
PO Box 16749
Rocky River, OH 44116

North Shore Agency
PO Box 4945
Trenton, NJ 08650

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342


                            Page 1
```

SIMS.TXT

Sherri Braunstein, Esq.
Udren Law Offices PC
Woodcrest Corporate Center
111 Woodcrest Road, Ste 200
Cherry Hill, NJ 08003

Southwest Credit
4120 International Pkwy, Ste 1100
Carrollton, TX 75007

United Consumer Financial Services
c/o Bass & Associates, PC
3936 E. Ft. Lowell, Ste 200
Tucson, AZ 85712