Case 16-23396-CMB    Doc 25    Filed 11/21/16    Entered 11/21/16 14:52:04    Desc Main
Document    Page 1 of 1

FILED
11/21/16 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Sims**                                                                JAD/TPA/(CMB)/GLT
Date of Meeting: **11/14/16**
Case Number: **16-23396**    Recording # **7**
Debtor(s) present **✓** or Not Present ___ ( ___ No Payments Made or ___ partial payments)
Attorney for debtor(s) **Eisen** _____ (Present ___ or Not Present **✓** )
Date of Plan at § 341: **10/10/16**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

Debtor has become employed by Com. of PA within next 30-60 days. Full time. Pd. Hourly. $114.62 (≈ 28K/year)

Amended sch I to be filed after employment occurs.

Debtor has entered into LMP

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

Continued to confirm payment and for any amended sch I

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting    OR    **✓** Conciliation Conf. OR ___ *Contested Hearing
On **2/2/17** at **2:00** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee