IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 16-23396-CMB |
| Rita D. Sims | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Rita D. Sims | : | Related to Docket No. 23 |
|     Movant | : | |
| vs. | : | |
| | : | |
| PNC Mortgage | : | |
|     Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR LOSS MITIGATION**
**DOCKET NO. 23**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on November 9, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Loss Mitigation appears thereon. Pursuant to the docket, objections to the Motion for Loss Mitigation were to be filed and served no later than November 23, 2016.

    It is hereby requested that the Order attached to the Motion for Loss Mitigation be entered by the Court.

Dated: November 28, 2016          By: /s/ Michael C. Eisen
                                                  Michael C. Eisen, Esquire
                                                  M. EISEN & ASSOCIATES, P.C.
                                                  6200 Babcock Boulevard
                                                  Pittsburgh, PA 15237
                                                  412-367-6005
                                                  PA ID# 74523
                                                  attorneyeisen@yahoo.com