IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 16-23396-CMB |
| Rita D. Sims | : | |
| Debtor | : | Chapter 13 |
| _____ | : | |
| Rita D. Sims | : | Related to Docket No. 28 |
| Movant | : | |
| vs. | : | |
| | : | |
| PNC Mortgage | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE FOR THE LOSS MITIGATION ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) December 5, 2016

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | | |
|---|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour, Esq. | Rita Sims |
| Ste 970, Liberty Center | Ste 3250, U.S. Steel Tower | 1216 Huron Ave |
| 1001 Liberty Ave | 600 Grant Street | New Castle, PA 16101 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 | Via first class mail |
| ustpregion03.pi.ecf@usdoj.gov | cmecf@chapter13trusteewdpa.com | |
| Via electronic notification | Via electronic notification | |
| | | |
| PNC Mortgage | Joshua I. Goldman, Esq. | |
| Attn: Loss Mitigation Department | KML Law Group PC | |
| 3232 Newmark Drive | 701 Market Street, Ste 5000 | |
| Miamisburg, OH 45342 | Philadelphia, PA 19106 | |
| Via first class mail | jgoldman@kmllawgroup.com | |
| | Via electronic notification | |

By:    /s/ Michael C. Eisen
Michael C. Eisen, Esquire
PA ID #74523
M. EISEN & ASSOCIATES, P.C.
6200 Babcock Blvd
Pittsburgh, PA  15237
412-367-9005
attorneyeisen@yahoo.com