# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | RITA D. SIMS |
| **Case Number:** | 16-23396-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 02, 2017 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2/3/17 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#17 - Continued Confirmation of Plan Dated 10/10/2016 - N
R / M #:  17 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz    *Willis* (circled: Pail)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 2/22/17 at 10:00.
10. _____ Other:

No pmts ever

1/27/2017   4:16:58PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23396-CMB
Rita D. Sims                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Feb 03, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db              +Rita D. Sims,    1216 Huron Ave,    New Castle, PA 16101-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
      Michael C. Eisen    on behalf of Debtor Rita D. Sims attorneyeisen@yahoo.com, aarin96@hotmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5