10:00 AM

# PROCEEDING MEMO

**Date:** February 22, 2017

**In re:** Rita D. Sims

Bankruptcy No. 16-23396-CMB
Chapter 13
Doc. # 17

**Appearances:**

  **Movant(s):**  ~~Winnecour~~/ Bedford / ~~Paul X Katz~~

  **Respondent(s):**  Michael C. Eisen

  **Creditor(s):**


**Nature of Proceeding:**  Contested Plan Hearing re: #17 Plan dated 10/10/2016

**Additional Pleadings:**  #35 Conciliation Conference Minutes

Note: LMP order signed 12/2/2016


**Judge's Notes:**

**Outcome:**  Case dismissed without prejudice.

_____Motion is GRANTED  _____Order entered

_____Motion is DENIED  _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED  _____Order entered

_____Reschedule for Proper Service

_____Case DISMISSED  _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                           Respondent(s) brief due _____days
                           Trustee's brief due _____days


FILED
2/23/17 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge