**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Rita D. Sims**
Debtor(s)

Bankruptcy Case No.: 16−23396−CMB

Chapter: 13
Docket No.: 40

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: February 23, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                               Case No. 16-23396-CMB
Rita D. Sims                                                         Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: kthe                  Page 1 of 2                  Date Rcvd: Feb 23, 2017
                              Form ID: 225                Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db             +Rita D. Sims,    1216 Huron Ave,    New Castle, PA 16101-4441
14287970       +AAFA of Ohio, Inc. dba Purpose Money,    669 McCartney Road,    Youngstown, OH 44505-5016
14287975       +Aspen Dental,    1320 Boardman Poland Road,    Youngstown, OH 44514-3912
14287976       +Beta Finance Company Inc,    c/o National Financial Group, Inc.,    6110 Executive Blvd, Ste 100,
                 Rockville, MD 20852-3928
14287977      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,     Revenue Recovery,
                 200 Civic Center Drive, 11th Floor,    Columbus, OH 43215)
14287982       +JP Recovery Services, Inc.,    PO Box 16749,    Rocky River, OH 44116-0749
14287983       +Lucien Diagnostic Imaging,    c/o Collection Service Center,    PO Box 1623,
                 Butler, PA 16003-1623
14287986       +New Castle Sanitation Authority,    102 E. Washington Street,    New Castle, PA 16101-3815
14287987       +North Shore Agency,    PO Box 4945,    Trenton, NJ 08650-4945
14360625        Oncology Hematology Assn,    PO Box 1123,    Minneapolis, MN 55440-1123
14287990       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14364746       +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,    Attn: Bankrutpcy,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5421
14287991       +Progressive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
14287992       +Sherri Braunstein, Esq.,    Udren Law Offices PC,    Woodcrest Corporate Center,
                 111 Woodcrest Road, Ste 200,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14287974        E-mail/Text: bnc@trustamerifirst.com Feb 24 2017 01:36:43
                 Amerifirst Home Improvement Finance Co.,    11171 Mill Valley Road,    Omaha, NE 68154
14287971       +E-mail/Text: bk@rgsfinancial.com Feb 24 2017 01:36:32     Ace Cash Express,    c/o RGS Financial,
                 PO Box 852039,    Richardson, TX 75085-2039
14338364        EDI: AIS.COM Feb 24 2017 01:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14287973       +EDI: AIS.COM Feb 24 2017 01:18:00      American InfoSource as agent for,    Midland Funding, LLC,
                 PO Box 268941,    Oklahoma City, OK 73126-8941
14287972       +EDI: AIS.COM Feb 24 2017 01:18:00      American InfoSource as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14287978       +EDI: CREDPROT.COM Feb 24 2017 01:18:00      Comcast,    c/o Credit Protection Association LP,
                 13355 Noel Road,    Dallas, TX 75240-6837
14287979       +E-mail/Text: admin@forestrecoveryservices.com Feb 24 2017 01:37:22      Ehrlich Pest Control,
                 c/o Forest Recovery Services, LLC,    PO Box 83,    Barrington, IL 60011-0083
14287980       +E-mail/Text: bknotice@erccollections.com Feb 24 2017 01:37:06      Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14287984       +EDI: AFNIRECOVERY.COM Feb 24 2017 01:18:00     MCI,    c/o Afni, Inc,    404 Brock Drive,
                 PO Box 3427,    Bloomington, IL 61702-3427
14287985       +E-mail/Text: egssupportservices@egscorp.com Feb 24 2017 01:37:10      MedExpress Urgent Care,
                 c/o NCO Financial Systems, Inc.,    5 Penn Center West, Ste 100,    Pittsburgh, PA 15276-0126
14323809       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 24 2017 01:37:05      Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
14287988       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 24 2017 01:37:05      Penn Power,
                 6896 Miller Road, Ste 204,    Brecksville, OH 44141-3222
14287989       +E-mail/Text: csc.bankruptcy@amwater.com Feb 24 2017 01:37:26      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14292496        EDI: Q3G.COM Feb 24 2017 01:19:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14310066        EDI: NEXTEL.COM Feb 24 2017 01:18:00      Sprint,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
14287993       +EDI: SWCR.COM Feb 24 2017 01:18:00      Southwest Credit,    4120 International Pkwy, Ste 1100,
                 Carrollton, TX 75007-1958
14287994       +E-mail/Text: bankruptcy@cavps.com Feb 24 2017 01:37:13       Sprint,
                 c/o Cavalry Portfolio Services, LLC,    PO Box 1017,    Hawthorne, NY 10532-7504
14287995       +EDI: BASSASSOC.COM Feb 24 2017 01:19:00      United Consumer Financial Services,
                 c/o Bass & Associates, PC,    3936 E. Ft. Lowell, Ste 200,    Tucson, AZ 85712-1083
14287996       +E-mail/Text: Supportservices@receivablesperformance.com Feb 24 2017 01:37:23
                 Verizon Internet/Fios,    c/o RPM,    20816 44th Ave W,    Lynnwood, WA 98036-7744
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, National Association
14303597*      +AAFA of Ohio, Inc. dba Purpose Money,    669 McCartney Road,    Youngstown, OH 44505-5016
14303600*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                (address filed with court: Amerifirst Home Improvement Finance Co.,     11171 Mill Valley Road,
                 Omaha, NE 68154)
14303598*      +Ace Cash Express,    c/o RGS Financial,    PO Box 852039,    Richardson, TX 75085-2039
14303599*      +American InfoSource as agent for,    Verizon,    PO Box 248838,    Oklahoma City, OK 73124-8838
14303601*      +Beta Finance Company Inc,    c/o National Financial Group, Inc.,    6110 Executive Blvd, Ste 100,
                 Rockville, MD 20852-3928
14303602*      +Ehrlich Pest Control,    c/o Forest Recovery Services, LLC,    PO Box 83,
                 Barrington, IL 60011-0083
```

```
District/off: 0315-2          User: kthe              Page 2 of 2                 Date Rcvd: Feb 23, 2017
                              Form ID: 225            Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****
14303603*      +Enhanced Recovery Company,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14303604*      +Imperial Credit Systems, Inc.,    125 N. Parkside Drive, Ste 302,
                 Colorado Springs, CO 80909-7025
14303605*      +JP Recovery Services, Inc.,    PO Box 16749,    Rocky River, OH 44116-0749
14303606*      +North Shore Agency,    PO Box 4945,    Trenton, NJ 08650-4945
14303607*      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14303608*      +Sherri Braunstein, Esq.,    Udren Law Offices PC,    Woodcrest Corporate Center,
                 111 Woodcrest Road, Ste 200,    Cherry Hill, NJ 08003-3620
14303609*      +Southwest Credit,    4120 International Pkwy, Ste 1100,    Carrollton, TX 75007-1958
14303610*      +United Consumer Financial Services,    c/o Bass & Associates, PC,    3936 E. Ft. Lowell, Ste 200,
                 Tucson, AZ 85712-1083
14287981      ##+Imperial Credit Systems, Inc.,    125 N. Parkside Drive, Ste 302,
                 Colorado Springs, CO 80909-7025
                                                                                              TOTALS: 1, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
          James Warmbrodt     on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
          Michael C. Eisen    on behalf of Debtor Rita D. Sims attorneyeisen@yahoo.com, aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 5
```